**Order filed January 6, 2015 .**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00869-CV
_____

## KENNETH L. HILL, Appellant

## V.

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE CORRECTIONAL INSTITUTION DIVISION, Appellee

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 51712**

## O R D E R

Appellant's brief was due December 22, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 5, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM